## 32658. GRIFFIN v. THE STATE.

MARSHALL, Justice.

The appellant was granted an out-of-time appeal from his armed robbery conviction. The state moves to dismiss the appeal on the ground that the appellant has escaped from custody and not been recaptured. The appellant's attorney does not controvert this. Under these circumstances, the appeal is moot and will be dismissed. See *Binns v. State,* 229 Ga. 120 (189 SE2d 393) (1972).

*Appeal dismissed. All the Justices concur.*

ARGUED SEPTEMBER 19, 1977— DECIDED
SEPTEMBER 28, 1977.

*Millard C. Farmer, Jr.,* for appellant.

*Randall Peek, District Attorney, Alton G. Hartley, Assistant District Attorney, Arthur K. Bolton, Attorney General, Isaac Byrd, Assistant Attorney General,* for appellee.